**Order entered June 27, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00595-CR**
**No. 05-18-00600-CR**

**TOREY DONOVAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-24700-M & F17-24701-M**

## ORDER

The reporter's record in the above appeals was due May 12, 2018. When it was not filed, we notified court reporter Belinda Baraka by postcard dated May 23, 2018 and directed her to file, by June 22, 2018, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Baraka. We note that the clerk's record has been filed. The record reflects appellant is indigent and that appointed counsel submitted a written request for the reporter's record.

We **ORDER** court reporter Belinda Baraka to file, **WITHIN TWENTY DAYS** of the date of this order, the complete reporter's record in these appeals. Ms. Baraka is cautioned that

the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that these appeals proceeds in a more timely fashion, which may include ordering that Ms. Baraka not sit as a court reporter until the reporter's record in the appeals is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/  CRAIG STODDART
    JUSTICE